UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL McLAUGHLIN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:13-cv-00840-APG-NJK<br><br>**Order Denying Plaintiff's Motion for Reconsideration**<br><br>(Dkt. #8) |

On August 15, 2013, this Court entered its Screening Order [Dkt #5] dismissing this case with prejudice. On August 29, 2013, Plaintiff filed his Motion for Reconsideration [Dkt. 8]. Plaintiff's Motion offers insufficient grounds under the Federal Rules of Civil Procedure (particularly Rules 60 and 59(e)) to change the Court's decision in the Screening Order. Therefore,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion for Reconsideration [Dkt. 8] is denied.

Dated: October 7, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE