1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL T. McLAUGHLIN,            )
                                  )
              Plaintiff,          )        Case No. 2:13-cv-00840-APG-NJK
                                  )
vs.                               )
                                  )        **O R D E R**
BRIAN E. WILLIAMS, *et al.*,      )
                                  )
              Defendants.         )
_____ /

  This closed action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner.  By order filed August 15, 2013, the Court dismissed this action for failure to state a colorable claim, as amendment of the complaint would be futile. (Dkt. #5).  Judgment was entered on August 16, 2013.  (Dkt. #7).

  Plaintiff has filed a motion for an extension of time to file his financial affidavit in support of his motion to proceed *in forma pauperis* on appeal.  (Dkt. #13).  Plaintiff's motion is captioned for the Ninth Circuit Court of Appeals, and not for this Court.  (Dkt. #13, at p. 1).  Therefore, the motion will be transmitted to the  Ninth Circuit Court of Appeals.

1   **IT IS THEREFORE ORDERED** that the Clerk of Court **SHALL TRANSMIT** plaintiff's

2 motion at Dkt. #13 to the Ninth Circuit Court of Appeals.

3   **IT IS FURTHER ORDERED** that the Clerk of Court **SHALL MODIFY** the CM/ECF

4 docket to indicate that plaintiff's motion filed at Dkt. #13 is captioned for the Ninth Circuit Court of

5 Appeals, and is no longer pending on this Court's docket.

6   Dated this 18th day of October, 2013.

7

8                      _____

9               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26